DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANNON M. STONE,**
Appellant,

v.

**MARTIN S. STONE,**
Appellee.

No. 4D17-2700

[May 3, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne B. Fahnestock, Judge; L.T. Case No. 04-024292 (35) (91).

Thomas W. Walters of Thomas W. Walters, P.A., Boca Raton, for appellant.

Lisa K. Bennett of Fischler & Friedman, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***